IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0696

_____

IN THE MATTER OF D.A., L.A., and F.A.,

  Youths in Need of Care.

_____

**ORDER**

_____

Upon consideration of Appellant's Mother's motion for extension of time, without objection, and good cause appearing,

IT IS HEREBY ORDERED that Appellant Mother is granted an extension of time to and including April 14, 2023, within which to prepare, file, and serve her opening brief on appeal.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 31 2023